

**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey

---

*970 Broad Street, Suite 700*     main: *(973) 645-2700*
*Newark, NJ 07102*                direct: *(973) 645-2736*
                                  *david.simunovich@usdoj.gov*

## FILED *EX PARTE* & UNDER SEAL

March 17, 2026

**Via Hand Delivery**
Melissa E. Rhoads, Esq.
Clerk of the Court
United States District Court
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, NJ 08101

**RECEIVED**

MAR 18 2026

EDWARD S. KIEL
U.S. DISTRICT JUDGE

    Re:   *United States ex rel. [UNDER SEAL] v. [UNDER SEAL]*,
          *Civil Action No.* 22-6543 (ESK) (SAK)

Dear Ms. Rhoads:

    I enclose for filing *ex parte* and under seal in the above-referenced case the following documents:

    1.    The Government's Notice of Election to Decline Intervention;
    2.    Proposed form of Order to Decline and Unseal; and
    3.    Certificate of Service.

    We would greatly appreciate receiving a copy of the signed order in the enclosed self-addressed envelope.

Respectfully submitted,

TODD BLANCHE
U.S. Deputy Attorney General

PHILIP LAMPARELLO[1]
Senior Counsel

By:    */s/ David V. Simunovich*
DAVID V. SIMUNOVICH
Assistant United States Attorney

Encls.

cc: Eric H. Jaso, Esq. – *Relator's counsel*

---

[1]    Chief Judge Brann's decision in *United States v. Naviwala*, No. 24-CR-99, and *United States v. Torres*, No. 24-CR-378  (D.N.J. March 9, 2026), which disqualified Philip Lamparello from supervising the U.S. Attorney's Office in those two cases, is stayed pending appeal.

2