Mina Miawad, Esq.
NORRIS McLAUGHLIN, P.A.
400 Crossing Boulevard, 8th Floor
Bridgewater, New Jersey 08807
(908)-722-0700
Attorneys for Defendants, Harbor House Seafood, Inc., Harbor House
Seafood, LLC and Mark Harold Bryan

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ex rel. AIDAN FORSYTH<br><br>Plaintiff,<br><br>-vs-<br><br>HARBOR HOUSE SEAFOOD, INC., HARBOR HOUSE SEAFOOD, LLC., and MARK HAROLD BRYAN,<br><br>Defendants. | UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY<br><br>Civil Action No. 22-06543 (ESK-SAK)<br><br>***Electronically Filed***<br><br>NOTICE OF APPEARANCE |

**PLEASE TAKE NOTICE** that Mina Miawad, Esq. hereby appears as counsel for Defendants, Harbor House Seafood, Inc., Harbor House Seafood, LLC and Mark Harold Bryan in the above matter, and requests that copies of all papers in this action be served upon the undersigned.

**NORRIS McLAUGHLIN, P.A**.
*Attorneys for* Defendants, Harbor House Seafood, Inc., Harbor House Seafood, LLC and Mark Harold Byan

By:    */s/ Mina Miawad*
           MINA MIAWAD, ESQ.

Dated:  May 28, 2026