Mina Miawad, Esq.
**NORRIS McLAUGHLIN, P.A.**
400 Crossing Boulevard, 8th Floor
Bridgewater, New Jersey 08807
(908)-722-0700
*Attorneys for Defendants, Harbor House Seafood, Inc., Harbor House Seafood, LLC and Mark Harold Bryan*

|  |  |
|---|---|
| | : UNITED STATES DISTRICT COURT |
| UNITED STATES OF AMERICA, ex rel. | : DISTRICT OF NEW JERSEY |
| AIDAN FORSYTH | : |
| Plaintiff, | : Civil Action No. 22-06543 (ESK-SAK) |
| | : |
| -vs- | : ***Electronically Filed*** |
| | : |
| HARBOR HOUSE SEAFOOD, INC., | : **CORPORATE DISCLOSURE** |
| HARBOR HOUSE SEAFOOD, LLC., and | : **STATEMENT - F.R.C.P. 7.1** |
| MARK HAROLD BRYAN, | : |
| | : |
| Defendants. | : |
| | : |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendants, Harbor House Seafood, Inc. and Harbor House Seafood, LLC (hereinafter "HHSI" and "HHSLLC") hereby states:

1.    HHSI is a corporation. It has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

2.    HHSLLC is a limited liability company. It has no parent corporation, and no publicly held corporation owns 10% or more of its membership interests.

**NORRIS McLAUGHLIN, P.A**.
*Attorneys for Defendants, Harbor House Seafood, Inc., Harbor House Seafood, LLC and Mark Harold Byan*

By:    */s/ Mina Miawad*
          MINA MIAWAD, ESQ.

Dated:  June 12, 2026