

400 Crossing Boulevard
8th Floor
P.O. Box 5933
Bridgewater, NJ  08807
T: 908-722-0700
F: 908-722-0755

**WRITER'S DIRECT DIAL & EMAIL ADDRESS**
**(908) 252-4336**
mmiawad@norris-law.com

July 15, 2026

**Via ECF**
Hon. Edward S. Kiel, U.S.D.J.
United States District Court
Mitchell H. Cohen Building
& U.S. Courthouse
4th & Cooper Street
Camden NJ 08101

> **Re:    Forsyth v. Harbor House Seafood, Inc., et al.**
> **Civil Action No. 1:22-cv-06543-ESK-SAK**

Dear Judge Kiel:

We represent Defendants Harbor House Seafood, Inc. ("HHSI"), Harbor House Seafood, LLC ("HHSLLC"), and Mark Bryan (collectively, "Defendants"), in the above-referenced matter. Pursuant to the Court's July 13, 2026 Text Order (ECF 31), the parties have conferred and respectfully submit the proposed briefing schedule for Defendants' forthcoming motion to dismiss:

> August 21, 2026: Defendants' Motion to Dismiss
>
> September 18, 2026: Plaintiff's Opposition
>
> October 9, 2026: Defendants' Reply

The parties are available at the Court's convenience if the Court requires any additional information

> Respectfully submitted,
>
> **NORRIS McLAUGHLIN, P.A.**
> *Attorneys for Defendants*
>
> */s/ Mina Miawad*
> Mina Miawad



BRIDGEWATER, NJ  |  NEW YORK, NY  |  ALLENTOWN, PA

**WWW.NORRISMCLAUGHLIN.COM**

12488897